

# EXHIBIT

# E

" "

# TRANSITIONAL CASE MANAGEMENT PROGRAM
San Diego/Kern Counties

NAME:  KINCAIDE, EUGENE
CDC:   D64290

## *PLEASE GIVE THIS NOTICE TO YOUR PAROLE AGENT UPON RELEASE*

Dear Parole Agent:

This letter is to inform you that the above referenced parolee has not yet received a POC appointment notice. However, your parolee is still required to attend the Parole Outpatient Clinic (POC). Therefore, your parolee will require your assistance to ensure that he/she receives an appointment and continues to follow up at the POC, as required.

Please assist your parolee with contacting his/her designated POC to obtain an appointment date and time. For convenience, the numbers are provided for you:

| | | |
|---|---|---|
| REGION I | -- | (916) 255-2806 |
| REGION II | -- | (510) 622-4781 |
| REGION III | -- | (213) 977-6810 |
| REGION IV | -- | (909) 468-2301 |

Your cooperation in providing assistance for your parolee with his/her POC appointment is greatly appreciated. Attendance at POC is a very important part of parole to ensure that your parolee remains successful once he/she is released from prison.

Sincerely,

TCMP Social Worker

HEARING
Sub 4-2006

# ...CATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: **JANITORIAL** | 13 | 04 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Work crew observations by instructor and staff input: Student works well independently and with others, uses a variety of resources to evaluate information, and practices good health and safety. Classroom observation by instructor: Student participates in group discussions. Student has good listening and oral skills.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/08/04 PRV-1.009 | | | |

COMMENTS SPECIFIC TO COURSE: Y=YES; N=NO; L=LATE ENTRY, EVALUATION NOT POSSIBLE.

| | | | |
|---|---|---|---|
| Y | FOLLOWS INSTRUCTIONS | Y | GETS ALONG WELL WITH FELLOW STUDENTS |
| Y | GIVES TASK AT HAND FULL ATTENTION | N | CONDUCT/BEHAVIOR IS DISRUPTIVE |
| Y | ACCEPTS RESPONSIBILITY FOR TASK | Y | RELATED TRAINING NEEDS IMPROVEMENT |
| Y | PARTICIPATES IN CLASS DISCUSSIONS | Y | MANIPULATIVE TRAINING NEEDS IMPROVEMENT |
| Y | SHARES HIS KNOWLEDGE WITH OTHERS | N | ATTENDANCE NEEDS IMPROVEMENT |
| Y | GETS ALONG WELL WITH STAFF | Y | SIGNED DOT |

TABE Test Date: 09/09/05 (Rdg. 1.2 Math 2.2 Lang. 0.0)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 381.137.010 | ☐ | BASIC CLEANER | |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☐ | SPECIAL AREA CLEANER | |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CARPET CARE SPECIALIST | |
| ☐ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 12/30/05 | C | R. LAMBERT, VOCATIONAL INSTRUCTOR | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE, Eugene | D-64290 | CMF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate



structured environment, it would be difficult to determine if the prisoner would conduct himself as a law-abiding citizen or maintain positive behavior.

B.    Prior to release, the prisoner could benefit from:    1) Achieving and maintaining a disciplinary free record; 2) Upgrading educationally/vocationally; 3) Participation in self-help and prescribed therapy groups provided by the institution.

C.    This report is based on several interviews with the prisoner, incidental contact with the prisoner on the unit and a thorough review of the Central File, which totaled 12 hours.

D.    Prisoner Kincaide was afforded an opportunity to examine his central file on August 28, 2003. Prisoner examined/waived his right to review the central file.

E.    Prisoner Kincaide needs help reading and/or understanding, due to his Developmental Disability (DD1) Status, per Armstrong vs. Davis BPT Proceedings Remedial Plan for Effective Communication.


PREPARED BY:                DATE OF REPORT          REVIEWED BY:
                                 8-28-03


_____                        _____
J.R. WALKER                                            S. MOLLES
Correctional Counselor I                          Correctional Counselor II (A)



# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO THE PRESENT.
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12-99 TO 12-00 | | | **Placement:** Continued at CMC-E. On 6-16-00 Transferred to CTF-C. <br><br> **Custody:** Remained Med-ARS. <br><br> **Vocational Training:** None. <br><br> **Academics:** 12-16-00 to 12-31 00 assigned to ABEAC .109 (School). |
| 12-00 TO 12-01 | | | **Group Activities:** None. <br><br> **Psychiatric Treatment:** Remained General Population. <br><br> **Prison Behavior:** Remained disciplinary free. <br><br> **Other:** 4-11-00 to 6-12-00 assigned to DRWFA .059 (Dining Room) . 8-3-00 to 12-15-00 assigned to DRWFC .005 (Dining Room). <br><br> **Placement:** Continued at CTF-C. On 6-6-01 Transferred to FSP. On 9-27-01 Transferred to CMF. <br> **Custody:** Continued at Med-ARS. 2-22-01 Max-RS. 6-13-01 Med-ARS. <br><br> **Vocational Training:** 11-2-01 to 12-31-01 assigned to PRV 1.018 (Vocational Janitorial). <br> **Academics:** 12-31-00 to 2-14-01 Continued ABEAC .109. <br><br> **Group Activities:** None. <br><br> **Psychiatric Treatment:** CCCMS Level of Care 6-22-01 (128-C). Developmental Disabled at the DD1 level (128-C-2). <br> **Prison Behavior:** Remained disciplinary free. <br><br> **Other:** None. |
| 12-01 TO 12-02 | | | **Placement:** Remained at CMF. <br><br> **Custody:** Remained at Med-ARS. <br><br> **Vocational Training:** Continued PRV 1.018. 2-26-02 Placed on C/C Status for non-attendance in Vocational Janitorial. <br> **Academics:** None. |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| KINCAIDE, EUGENE | D-64290 | CMF | JANUARY 2004 | |

PERMANENT ADDENDA

Eugene Kincaide
D-64290-I-2-213-L
P.O. Box 2000
Vacaville, Ca.
95696-2000

September 7, 2006

To The Clerk of The Court:

This letter is written to request that counsel be appointed for Eugene Kincaide based on his being enrolled in the Clark Developmental Disability Program (DPP). Enclosed the court will find several documents to substantiate Mr. Kincaides need for this court to appoint counsel. As can be seen by Mr. Kincaides Tests of Adult Basic Education (TABE) scores Mr. Kincaide is of a first grade level in a couple of areas and failed completely in spelling. Also included is General Chrono issued by the prison Library Technical Assistant, and the Supervisor of Academic Instruction. This documentation is submitted with the hopes the court will grant this request for the appointment of counsel, in the interest of justice pursuant to California Penal Code section 1385.

RESPECTFULLY SUBMITTED

Eugene Kincaide

George Lee
E-15396-H-2-214-L
P.O. BOX 2000
Vacaville, Ca.
95696-2000

September 7, 2006

## DECLARATION OF GEORGE LEE

I,George Lee, do hereby declare that while working as the Unit II Counselor's Clerk did _n September 7, 2006 type the enclosed request for the appointment of counsel for Mr. Eugene Kincaide based on his inability to read,write or comprehend. I have in no way been coerced to compose this declaration nor the request for the appointment of counsel.

I,declare under the penalty of perjury under laws of California that the foregoing is true and correct,and scribed of my own free will because of Mr. Kincaides need for my assistance.

Executed on this 7 day of September 2006, at California Medical Facility,in the County of Solano.

RESPECTFULLY SUBMITTED

George Lee

NAME: **KINCAIDE, EUGENE, D1A**    CDC#: **D64290**    HOUSE: **I2131**    UNIT: **II**

CDC 128-B (REV. 4/74)

On **4/29/06**, Inmate **KINCAIDE**, attended the Clark Developmental Disability Program (DDP) Orientation at the California medical Facility (CMF). Inmate was oriented to the DDP program at CMF and the Library Assistance Program available for DDP inmates. Inmate was advised of the location of the library. obtaining assistance in legal cases pending in the Courts and use of leisure reading books. Inmate was oriented and received information which include the following handouts: Inmate Orientation Booklet, the Inmate-Patient Orientation Handbook to Health Care Services. Clark DDP Remedial Plan, Law Library Services with operating hours. a brochure explaining the available services at CMF and information to contact the Clark-Library Technical Assistant, Mrs. M. McAtee. should the need arise. All pertinent information was reviewed. explained. and discussed and all questions were answered. Basic English and/or Spanish language was used to ensure effective communication and understanding for the DDP inmate. The inmate stated that he clearly understands the information provided to him.

_KINCAIDE, EUGENE. D64290_

_M. MCATEE_
LIBRARY TECHNICAL ASSISTANT

_CAROLYN GUEFFROY_
SUPERVISOR OF ACADEMIC INSTRUCTOR

CENTRAL FILE: CC:    CCI
                    WRITER
                    INMATE

DATE: **4/29/06**

GENERAL CHRONO

B7

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS          CDC 128-B

NAME AND NUMBER *KINCAIDE*  D—64290  P-213-L

On **8/4/03**, this inmate was tested with the tests of Adult Basic Education (TABE). His grade level scores are as follows:

Reading: **1.2**  Mathematics: **2.3** Language **1.2** Spelling: **0.0** Total Battery: **1.3**
Total score is Norm Referenced          (Survey Form) or (Full Battery) 7 of (8) Level: (E) M D A

CENTRAL FILE

    CC:  CC 1
        Compliance Team
        Inmate

                                *E. Einhouse*
                                E. EINHOUSE
                                Academic Testing
                                CMF





Pre-test Report for   KINCAIDE    EUGENE

ID Number: D-64290
Test Date: 08/06/03
Run Date: 08/06/03
Page No. 1

CB 04 AUGUST 03W
TABE 7/8 Offender
ABE2 WEB Post

| Subtests | L/F | NR | NA | SS | GE | NP | NC | NS | OM | Predicted GED | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reading | E8 | 13 | 50 | 303 | 1.2 | 5 | 15 | 2 | 0 | Reading | 24 |
| Math Compu | E8 | 7 | 25 | 313 | 2.0 | 4 | 13 | 2 | 0 | Math | 26 |
| Applied Math | E8 | 15 | 49 | 368 | 2.2 | 8 | 20 | 2 | 0 | Writing | 27 |
| Language | E8 | 11 | 55 | 305 | 1.2 | 6 | 17 | 2 | 0 | Science | 27 |
| Spelling | E8 | 3 | 19 | 220 | 0.0 | 1 | 1 | 1 | 0 | Soc/Std | 25 |
| | | | | | | | | | | Average | 22 |
| Total Math | | 22 | 74 | 340 | 2.3 | 3 | 10 | 1 | | | |
| Total Battery | | 46 | 179 | 316 | 1.3 | 1 | 1 | 1 | | | |

L/F=Test Level & Form     NR=Number Right         NA=Number Attempted
SS=Scale Score            GE=Grade Equivalent     NP=National %ile
NC=Normal Curve Equiv     NS=National Stanine      OM=% of Obj. Mastered

| Objectives | Score | MST Level | Percent | Objectives | Score | MST Level | Percent |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | **Language** | | | |
| INTERP.GRAPHICS | 2/12 | - | 16 | USAGE | 3/15 | - | 20 |
| WDS. IN CONTEXT | 4/10 | - | 40 | SENTENCE FORMA. | 0/10 | - | 0 |
| RECALL INFORMA. | 2/ 8 | - | 25 | PARAGRAPH DEVEL | 1/ 8 | - | 12 |
| CONSTRUCT MEAN. | 4/15 | - | 26 | CAPITALIZATION | 1/ 6 | - | 16 |
| EVAL/EX.MEANING | 1/ 5 | - | 20 | PUNCTUATION | 4/ 8 | P | 50 |
| Subtest Avg | | | 26 | WRITING CONVEN. | 2/ 8 | - | 25 |
| | | | | Subtest Avg | | | 20 |
| **Math Compu** | | | | | | | |
| ADD. WHOLE NUM. | 1/ 7 | - | 14 | **Spelling** | | | |
| SUB. WHOLE NUM. | 2/ 7 | - | 28 | VOWEL | 2/ 8 | - | 25 |
| MULT.WHOLE NUM. | 2/ 6 | - | 33 | CONSONANT | 0/ 7 | - | 0 |
| DIV. WHOLE NUM. | 2/ 5 | - | 40 | STRUCTURAL UNIT | 1/ 5 | - | 20 |
| Subtest Avg | | | 28 | Subtest Avg | | | 15 |
| **Applied Math** | | | | Total Average | | | 24 |
| NUMERATION | 1/ 4 | - | 25 | | | | |
| NUMBER THEORY | 3/ 6 | P | 50 | | | | |
| DATA INTERPRET. | 3/10 | - | 30 | | | | |
| PRE-ALG/ALGEBRA | 3/ 6 | P | 50 | | | | |
| MEASUREMENT | 0/ 5 | - | 0 | | | | |
| GEOMETRY | 0/ 4 | - | 0 | | | | |
| COMP.IN CONTEXT | 2/ 8 | - | 25 | | | | |
| ESTIMATION | 3/ 7 | - | 42 | | | | |
| Subtest Avg | | | 30 | | | | |



# Com●unity Rehabilitation ● ices, Inc.

4716 Cesar E. Chavez Avenue, Los Angeles, CA 90022
(323) 266-0453 * TDD: (323) 266-3016 * FAX: (323) 266-7992

☐ San Gabriel Branch
844 E. Mission Drive
Suites A & B
San Gabriel, CA 91776
Phone: (626) 614-1570
TDD:   (626) 614-1591
Fax:    (626) 614-1590

August 09, 2007

Dear Mr. Kincaide,

Thank you for your interest in our agency Community Rehabilitation Services, Inc. Our agency offers many programs such as: Advocacy, Assistive Technology, Deaf Services, Housing, Information & Referral, and many other programs.

However, Fortunately, I personally researched some information and found just thee organization that best fits your interest. I contacted the California Department of Rehabilitation and spoke to a representative. I explained to the representative about receiving your letter and I was informed that upon your release as soon as possible contact any counselor at the California Department of Rehabilitation at (323) 720 – 4073.

I am enclosing information regarding the services CRS offers to persons with disabilities. If you have any questions, please contact Francisco Gallegos Jr. at (323) 266-0453.

Sincerely,

Martha Tirre,
Receptionist/Information & Referral Specialist



Member, California Foundation for Independent Living Centers, Inc.

State of California

Department of Corrections
CDC-128-B (8/87)

NAME AND NUMBER          **KINCAIDE**          **P-64290**          **I213L**

On 08/27/08 an SST was held to discuss the development of an Individually Tailored Education Plan (ITEP). In attendance were: V. Kahle (Principal.), J. Kamano (DDP Teacher), and I/m Kincaide. An ITEP was discussed, developed, and initiated on the same date.

**J. Kamano**
**DDP Teacher.**

**V. Kahle** _Acting Principal_
**The Principal.**

Distribution:     C-File

DDP Coordinator
Education File
Writer
Inmate
Work Supervisor

September30, 2008          CALIFORNIA MEDICAL FACILITY          GENERAL CHRONO

---

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS          CDC 128-B

NAME AND NUMBER KINCAIDE     D-64292     P-213-L

On 8/6/03 the inmate was tested with the tests of Adult Basic Education (TABE). His grade level scores are as follows:

Reading: 1.2 Mathematics: 2.8 Language: 1.2 Spelling: 0.0 Total Battery 1.3
*Total score is Norm Referenced     (Survey Form) or (Full Battery) 7 or (8) Level: L (E) M D A
Pre-test _____ Post-test ✓
This inmate could not be tested for one of the following reasons: Basic Non-Readers _____, Non-English Speaking_____, English as a Second Language_____, Limited English Speaking_____, Not in possession of prescription glasses _____.

CENTRAL FILE
CC: CCI
EDUCATION
TEACHER
INMATE
WRITER
SAI

K. Weber, DDP Teacher

C. Gueffroy, SAI

DATE: 8/7/03     CMF TABE TESTING RESULTS          INFORMATIONAL CHRONO

B11

State of California

Department of Corrections
CDC-128-B (8/87)

NAME AND NUMBER **KINCAIDE** **D-64290** **I-213-L**

On 09/21/07 an SST was held to discuss the development of an Individually Tailored Education Plan (ITEP). In attendance were: C. Gueffroy (V.P.), R. Lambert (Vocational Instructor), T. Mereles (DDP Teacher), and Inmate KINCAIDE. An ITEP was developed and initiated on the same date.

Distribution:     C-File
           DDP Coordinator
           Education File
           Writer
           Inmate
           Work Supervisor

**T. Mereles**
**DDP Teacher**

**C. Gueffroy**
**Supervisor of Academic Instruction**

September 25, 2007        CALIFORNIA MEDICAL FACILITY        GENERAL CHRONO

---

**State of California**

**Department of Corrections**
**CDC 128-B (8-87)**

**NAME AND NUMBER**        **KINCAIDE**    **D-64290**       **I-213-L**

Inmate KINCAIDE, D-64290, I-213-L work assignment PRV-1.009, was assigned to the Education Department on 07/29/03. A Student Study Team (SST) was held on 03/22/05 for Inmate KINCAIDE 'S Developmental Disabilities Program. R. Lambert, (Vocational Janitorial Teacher), C. Gueffroy (SAI), T. Mereles (DDPT), and Inmate KINCAIDE were in attendance at the SST. An ITEP was reviewed with Inmate KINCAIDE and will be implemented as written. Inmate KINCAIDE has taken the following tests: TABE 9/10 on 09/09/05 with scores of: R 1.2, M 2.3, L 0.0, S 3.0, TB 1.2; CASAS (083R) on 12/05/05 with a score of 205; Brigance on 07/29/03 with scores of: D1-PP, F1-PP, G1-PP, I1 1.0, M1-PP, M2-PP, J3-PP. Inmate KINCAIDE is designated as DD1.

**T. Mereles**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:
   C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

**APRIL 4, 2006**             **CMF**            **General Chrono**




**NAME AND NUMBER**     KINCAIDE    D64290     I213L

I/M KINCAIDE, D64290, I213L work assignment PRV 1.009 is assigned to Vocational Janitorial class. A Student Study Team (SST) was held on 09/21/07for I/M KINCAIDE's Developmental Disabilities Program. R. Lambert ( Instructor), V. Kahle (Principal.), J. Kamano (DDP), and I/M KINCAIDE were in attendance . I/M KINCAIDE has taken the following tests: TABE E10 on 06/09/08 with scores of: R 2.2, M 2.0, L 0.5, S 0.0, TB 1.3; CASAS (081RX) on 07/22/08 with a score of 208; BRIGANCE on 5/25/07 with scores of: D1 1.0, F1 1.0, G1 1.0, I1 1.0, M1 2.0, M2 2.0, J3 2.0. I/M KINCAIDE has completed the <u>Floors and Floor Care</u> janitorial book , <u>Maintaining Floors and Other Surfaces</u> and is currently working on Carpet/Uphostery book. He attends school regularly and he is respectful to others. He improved in his CASAS performance.

**J. Kamano**
**DDP Teacher**

**V. Kahle** *M. Howard Acting Principal*
**The Principal**

DISTRIBUTION:
C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

~~09/30/08~~     ~~CMF~~     ~~General Chrono~~

**NAME AND NUMBER**     KINCAIDE    D-64290     I-213-L

Inmate KINCAIDE, D-64290, I-213-L work assignment PRV-1.009, was assigned to the Education Department on 07/29/03. A new Student Study Team (SST) was held on 11/03/06 for Inmate KINCAIDE 'S Developmental Disabilities Program. R. Lambert, (Vocational Janitorial Teacher), C. Gueffroy (VP), T. Mereles (DDPT), and Inmate KINCAIDE were in attendance at the SST. An Individually Tailored Education Plan was updated and reviewed with Inmate KINCAIDE and will be implemented as written. Inmate KINCAIDE has taken the following tests: TABE E09 on 09/28/06 with scores of: R.1.7, M 1.5, L 1.9, S 1.7, TB 1.5; CASAS (034R) on 12/01/06 with a score of 200; Brigance on 07/29/03 with scores of: D1-1.0, F1-PP, G1- 1.5, I1 1.0, M1-PP, M2-PP, J3-PP. Inmate KINCAIDE has been working on his reading fluency. Focus has been placed on group reading and discussing the homeroom material. Kincaide has difficulty staying focused, thus has difficulty answering the discussion questions. Inmate KINCAIDE is designated as D1A.

**T. Mereles**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:
C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

*B13*

JANUARY 4, 2007      CMF      General Chrono

**NAME:** KINCAIDE,     **CDC#**    D-64290     **HSG.**    I-213 L     **CDC-128-B**

Inmate KINKAIDE, D-64290, has been attending and participating in the 1000 am Saturday **ALCOHOLICS ANONYMOUS** program for the **THIRD QUARTER of 2007.** His individual will to achieve self improvement and commitment to the AA program and its ideals should be commended. He has proven to be both an asset to himself and others.

**M. PORTER**
**A.A./N.A. SPONSOR**
**California Medical Facility**

**DATE:**   11-27-2007
cc:    Orig: Central File       CCI       Inmate      AA File

---

**NAME:**   **KINCAIDE, E.**     **CDC#**    **D-64290**    **HSG.**     **I-213 L**      **CDC-128-B**

Inmate Kincaide, D-64290, has been attending and participating in the 1000 am Saturday **ALCOHOLICS ANONYMOUS** program for the **SECOND QUARTER of 2007.** His individual will to achieve self improvement and commitment to the AA program and its ideals should be commended. He has proven to be both an asset to himself and others.

**M. PORTER**
**A.A./N.A. SPONSOR**
**California Medical Facility**

**DATE:**   8-15-2007
cc:    Orig: Central File       CCI       Inmate      AA File



**NAME: KINCAIDE**      CDC# D-64290    HSG. I-213-L    CDC-128-B

Inmate **KINCAIDE** is a member in good standing of the **LONG TERM COMMITMENT GROUP (LTCG)** and has been consistently attending and participating in the 2nd Quarter of 2008. His individual will to achieve self-improvement and his continued commitment to the LTCG program and its ideals should be commended. He has shown himself reliable in his continued support of the program.

**D. MIDDLETON**
**LTCG SPONSOR**
**California Medical Facility**

**DATE:** 07-11-2008
cc:   Orig: Central File      CCI      Inmate      LTCG File

---

**NAME: KINCAIDE**      CDC# D-64290    HSG. I-213-L    CDC-128-B

Inmate **KINCAIDE** is a member in good standing of the **LONG TERM COMMITMENT GROUP (LTCG)** and has been consistently attending and participating in the 4th Quarter of 2007. His individual will to achieve self-improvement and his continued commitment to the LTCG program and its ideals should be commended. He has shown himself reliable in his continued support of the program.

**D. MIDDLETON**
**LTCG SPONSOR**
**California Medical Facility**

**DATE:** 01-30-2008
cc:   Orig: Central File      CCI      Inmate      LTCG File



State of California

Departr t of Corrections
JC 128-B (8-87)

NAME AND NUMBER        KINCAIDE        D64290        -1213L

Inmate KINCAIDE, D64290, 1213L work assignment PRV 1.009 is assigned to Vocational Janitorial class. A Student Study Team (SST) was held on 09/21/07 for Inmate KINCAIDE's Developmental Disabilities Program. R. Lambert (Vocation Janitorial Instructor), C. Gueffroy (V.P.), T. Mereles (Developmental Disability Teacher), and Inmate KINCAIDE were in attendance at the SST. Inmate KINCAIDE has taken the following tests: TABE E10 on 12/18/07 with scores of: R 1.6, M 2.4, L 1.4, S 4.1, TB 1.5; CASAS (011R) on 12/21/07 with a score of 182; BRIGANCE on 5/25/07 with scores of: D1 1.0, F1 1.0, G1 1.0, I1 1.0, M1 2.0, M2 2.0, J3 2.0. Inmate KINCAIDE completed the <u>Floors and Floor Care</u> janitorial book and is now working in <u>Maintaining Floors and Other Surfaces.</u> He also completed the job skills packet Spelling and writing exercises will be emphasized this quarter.

**J. Kamano**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:
C-File, DDP Coordinator. Education File, Writer/DDP Class. Inmate, Work Supervisor/Teacher. VP

**JANUARY 4, 2008**                    **CMF**                    **General Chrono**

---

State of California

Department of Corrections
CDC 128-B (8-87)

NAME AND NUMBER        KINCAIDE        D-64290        I-213-L

Inmate KINCAIDE, D-64290, I-213-L work assignment PRV-1.009, was assigned to the Education Department on 07/29/03. A Student Study Team (SST) was held on 05/15/06 for Inmate KINCAIDE 'S Developmental Disabilities Program. R. Lambert, (Vocational Janitorial Teacher), C. Gueffroy (VP), T. Mereles (DDPT), and Inmate KINCAIDE were in attendance at the SST. An Individually Tailored Education Plan was reviewed with Inmate KINCAIDE and will be implemented as written. Inmate KINCAIDE has taken the following tests: TABE E10 on 09/09/05 with scores of: R 1.2, M 2.3, L 0.0, S 3.0, TB 1.2; CASAS (083R) on 12/05/05 with a score of 205; Brigance on 07/29/03 with scores of: D1-PP, F1-PP, G1- PP, I1 1.0, M1-PP, M2-PP, J3-PP. Inmate KINCAIDE stays on task with minimal assistance from DDP staff. He reads the Vocational Janitorial booklet to summarize information for better comprehension. To build vocabulary and understand story content, he reads SRA and answers pertinent questions. He interacts well with his peers and asks questions as needed. Inmate KINCAIDE is designated as DD1.

**T. Mereles**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:

*B/16*

State of California

Department of Corrections
CDC 128-B (8-87)

**NAME AND NUMBER**     KINCAIDE     D-64290     I-213-L

Inmate KINCAIDE, D-64290, I-213-L work assignment PRV 1.009 is assigned to Vocational Janitorial class. A Student Study Team (SST) was held on 09/21/07 for Inmate KINCAIDE's Developmental Disabilities Program. R. Lambert (Vocation Janitorial Instructor), C. Gueffroy (V.P.), T. Mereles (Developmental Disability Teacher), and Inmate KINCAIDE were in attendance at the SST. Inmate KINCAIDE has taken the following tests: TABE E10 on 3/28/07 with scores of: R 1.9, M 2.2, L 2.2, S 1.7, TB 2.2; CASAS (012R) on 09/14/07 with a score of 188; BRIGANCE on 5/25/07 with scores of: D1 1.0, F1 1.0, G1 1.0, I1 1.0, M1 2.0, M2 2.0, J3 2.0. Inmate KINCAIDE is working in the Floors and Floor Care janitorial book which read aloud daily. Daily warm-ups include short reading passages, basic mathematical computations and word problems.

**T. Mereles**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:
C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

State of California

Department of Corrections
CDC 128-B (8-87)

**NAME AND NUMBER**     KINCAIDE     D64290     I213L

I/M KINCAIDE, D64290, I213L work assignment PRV 1.009 is assigned to Vocational Janitorial class. A Student Study Team (SST) was held on 09/21/07 for I/M KINCAIDE's Developmental Disabilities Program. R. Lambert (Voc Instructor), C. Gueffroy (V.P.), T. Mereles (DDP), and I/M KINCAIDE were in attendance. I/M KINCAIDE has taken the following tests: TABE E10 on 06/09/08 with scores of: R 2.2, M 2.0, L 0.5, S 0.0, TB 1.3; CASAS (011R) on 12/21/07 with a score of 182; BRIGANCE on 5/25/07 with scores of: D1 1.0, F1 1.0, G1 1.0, I1 1.0, M1 2.0, M2 2.0, J3 2.0. I/M KINCAIDE has completed the Floors and Floor Care janitorial book, Maintaining Floors and Other Surfaces and is currently working on Carpet/Uphostery book. He attends school regularly and he is respectful to others.

**J. Kamano**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:
C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

06/30/08     CMF     General Chrono



**NAME:**   KINCAIDE,   **CDC#**   **D-64290**   **HSG.**   **I-213 L**   **CDC-128-B**

Inmate KINKAIDE, D-64290, has been attending and participating in the 1000 am Saturday **ALCOHOLICS ANONYMOUS** program for the **FOURTH QUARTER of 2007.** His individual will to achieve self improvement and commitment to the AA program and its ideals should be commended. He has proven to be both an asset to himself and others.

**M. PORTER**
**A.A./N.A. SPONSOR**
**California Medical Facility**

**DATE:**   1/23/2008
cc:   Orig:  Central File   CCI   Inmate   AA File


**NAME:**   KINCAIDE   **CDC#**   **D-64290**   **HSG.**   **I-213-L**   **CDC-128-B**

Inmate  KINCAIDE   is a member in good standing of the LONG TERM COMMITMENT GROUP (LTCG) and has been consistently attending and participating in the 1ST **Quarter of 2008.** His individual will to achieve self-improvement and his continued commitment to the LTCG program and its ideals should be commended. He has shown himself reliable in his continued support of the program.

**D. MIDDLETON**
**LTCG SPONSOR**
California Medical Facility

**DATE:**   04-21-2008
cc:   Orig:  Central File   CCI   Inmate   LTCG File



California Medical Facility **GEN** **/IENTAL HEALTH CHRONO** ent of Corrections and Rehabilitation

| Number | D64290 | Last | Kincaide | First | Eugene | House | I-213L | Date | 3/11/09 | CMF |

Mr. Kincaide started attending the weekly Recovery group held on Unit IV on February 11, 2009 at his request. Although the groups primary focus is recovery from addiction, other topics like conflict resolution, anger management and building and understanding respect are also touched upon in group. The group is co-facilitated by two peer educators and the writer. The peer educators are knowledgeable and insightful about "life in prison" and generate informative discussions among group members. Mr. Kincaide has contributed to the group process by being open about his experience and willing to listen to the experiences of others. He appears to enjoy and benefit from the process.

LCSW

Dunn

CDC Psychiatric 128C

 
**NAME AND NUMBER**      **KINCAIDE**    **D-64290**     **I-213-L**

Inmate KINCAIDE, D-64290, I-213-L work assignment PRV 1.009 is assigned to Vocational Janitorial class. An updated Individually Tailored Education Plan was written on 6/4/07 but a SST has not yet been done. Inmate KINCAIDE has taken the following tests: TABE E10 on 3/28/07 with scores of: R 1.9, M 2.2, L 2.2, S 1.7, TB 2.2; CASAS (033R) on 03/16/07 with a score of 203; BRIGANCE on 5/25/07 with scores of: D1 1.0, F1 1.0, G1 1.0, I1 1.0, M1 2.0, M2 2.0, J3 2.0. Inmate KINCAIDE continues to work in the <u>Cleaning Chemicals</u> book. Daily warm-ups include short reading passages and word problems. I/M KINCAIDE's TABE scores improved in all areas.


**T. Mereles**
**DDP Teacher**

**C. Gueffroy**
**VICE-PRINCIPAL**

DISTRIBUTION:
  C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

**July 5, 2007**        **CMF**       **General Chrono**

---

**State of California**            **Department of Corrections**
**CDC 128-B (8-87)**

**NAME AND NUMBER**      **KINCAIDE**    **D64290**     **I213L**

I/M KINCAIDE, D64290, I213L work assignment PRV 1.009 is assigned to Vocational Janitorial class. A Student Study Team (SST) was held on 09/21/07 for I/M KINCAIDE's Developmental Disabilities Program. R. Lambert (Instructor), V.Kahle(Principal.), J. Kamano (DDP), and I/M KINCAIDE were in attendance. I/M KINCAIDE has taken the following tests: TABE E9 on 06/09/08 with scores of: R,1.9, M 2.5, L0.0, S3.0, TB;1.4. He did another TABE on 12/18/08 (pending results) CASAS (083R)on 12/19/08 with a score of 200; BRIGANCE on 5/25/07 with scores of: D1 1.0, F1 1.0, G1 1.0, I1 1.0, M1 2.0, M2 2.0, J3 2.0. I/M KINCAIDE's class just reopened 12/8/08 with a new teacher.


**J. Kamano**
**DDP Teacher**

**Dr. J Jackson.**
**Principal**

DISTRIBUTION:
  C-File, DDP Coordinator, Education File, Writer/DDP Class, Inmate, Work Supervisor/Teacher, VP

**12/30/08**        **CMF**       **General Chrono**

State of California

Department of Corrections
CDC-128-B (8/87)

KINCAIDE, E.          D64290

This is a general chrono stating that I/M KINCAIDE has been a participant of the Developmental Disabled Program at CMF since 11/01. This program assists student's with their assignments from their homeroom classrooms. While I/M KINCAIDE was assigned to Vocational Janitorial, the DDP staff helped him with reading and comprehending the difficult information involved with this class. Through his continued perseverance, I/M KINCAIDE reached his goal of completing and graduating from the Vocational Janitorial class. The DDP staff is very proud of this accomplishment.

**T. Mereles**
**DDP Teacher**

Distribution:    C-File
                 DDP Coordinator
                 Education File
                 DDP Class
                 Inmate
                 Teacher

**April 13, 2009**      CALIFORNIA MEDICAL FACILITY          GENERAL CHRONO

B24

State of California

Department of Corrections
CDC-128-B (8/87)

KINCAIDE, E.                    D64290

This is a general chrono stating that I/M KINCAIDE has been a participant of the Developmental Disabled Program at CMF since 11/01. This program assists student's with their assignments from their homeroom classrooms. While I/M KINCAIDE was assigned to Vocational Janitorial, the DDP staff helped him with reading and comprehending the difficult information involved with this class. Through his continued perseverance, I/M KINCAIDE reached his goal of completing and graduating from the Vocational Janitorial class. The DDP staff is very proud of this accomplishment.

T. Mereles
**DDP Teacher**

Distribution:    C-File
                 DDP Coordinator
                 Education File
                 DDP Class
                 Inmate
                 Teacher

**April 13, 2009**    CALIFORNIA MEDICAL FACILITY    GENERAL CHRONO

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: __JANITORIAL__ | 11 | 06 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has been identified as a DDP inmate. Accommodations include oral rather than written exams, modified production expections, and expanded time frames for completion of assigned projects. Work crew observations by instructor and staff input: Student works well independedntly and with other and practices good health and safety. Classroom observation by instructor: Student participates in group,Student has demonstrated a good effort to achieve progress.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/08/04 PRV-1.009 | | | |

EXPECTED SCHOOL WIDE LEARNING RESULTS (ESLRs) TRACKING SYSTEM: 1-PRE EMERGING, 2-DEVELOPING, 3-COMPETENT, 4-EXCEPTIONAL (N-NO, Y-YES)

| | | | |
|---|---|---|---|
| 1 | ACQUIRE LISTENING, ORAL, READING, & WRITING SKILLS TO FUNCTION EFFECTIVELY | 1 | DEVELOPS & PRACTICES HABITS OF GOOD HEALTH & SAFETY |
| 1 | USES A VARIETY OF RESOURCES, INCLUDING TECHNOLOGY, TO GATHER & EVALUATE INFOMATION | 1 | WORKS TOWARDS PERSONAL GOALS |
| 1 | ANALYZES NEW INFORMATION | 1 | ACQUIRED & DEMONSTRATES RESPONSIBLE, DEPENDABLE, & ACCOUNTABLE BEHAVIOR |
| 1 | APPLYS MATHEMATICAL SKILLS REQUIRED IN EVERYDAY SITUATIONS IN THE WORKPLACE | 1 | DEMONSTRATES RESPECT FOR SELF, AS WELL AS THE DIVERSE POPULATION |
| 1 | WORKS EFFECTIVELY WITH OTHERS | 1 | DEVELOPED AND DEMONSTRATES BASIC JOB-SEEKING SKILLS |
| 1 | APPLYS PROFESSIONAL & TECHNICAL SKILLS TO LIFE SITUATIONS | N | ATTENDANCE NEEDS IMPROVEMENT |
| | | Y | SIGNED DOT |

TABE Test Date: 12/18/07 (Rdg. 1.6; Math 2.4; Lang. 1.4)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☒ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☒ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 04/02/08 | C | R. LAMBERT | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE,Eugene | D-64290 | CMF |

B23

# ⬤ ᴆUCATION PROGRESS REPORT ⬤

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: JANITORIAL | 11 | 06 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has been identified as a DDP inmate. Accommodations include oral rather than written exams, modified production expections, and expanded time frames for completion of assigned projects. Work crew observations by instructor and staff input: Student works well independedntly and with other and practices good health and safety. Classroom observation by instructor: Student participates in group Student has demonstrated a good effort to achieve progress. Student has completed Job Preparation, and Maintaining Floors and Other Surfaces. Student is currently working in Rest Room Care.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/08/04 PRV-1.009 | | | |

EXPECTED SCHOOL WIDE LEARNING RESULTS (ESLRs) TRACKING SYSTEM: 1-PRE EMERGING, 2-DEVELOPING, 3-COMPETENT, 4-EXCEPTIONAL (N-NO, Y-YES)

| | | | |
|---|---|---|---|
| 1 | ACQUIRE LISTENING, ORAL, READING, & WRITING SKILLS TO FUNCTION EFFECTIVELY | 1 | DEVELOPS & PRACTICES HABITS OF GOOD HEALTH & SAFETY |
| 1 | USES A VARIETY OF RESOURCES, INCLUDING TECHNOLOGY, TO GATHER & EVALUATE INFORMATION | 1 | WORKS TOWARDS PERSONAL GOALS |
| 1 | ANALYZES NEW INFORMATION | 1 | ACQUIRED & DEMONSTRATES RESPONSIBLE, DEPENDABLE, & ACCOUNTABLE BEHAVIOR |
| 1 | APPLYS MATHEMATICAL SKILLS REQUIRED IN EVERYDAY SITUATIONS IN THE WORKPLACE | 1 | DEMONSTRATES RESPECT FOR SELF, AS WELL AS THE DIVERSE POPULATION |
| 1 | WORKS EFFECTIVELY WITH OTHERS | 1 | DEVELOPED AND DEMONSTRATES BASIC JOB-SEEKING SKILLS |
| 1 | APPLYS PROFESSIONAL & TECHNICAL SKILLS TO LIFE SITUATIONS | N | ATTENDANCE NEEDS IMPROVEMENT |
| | | Y | SIGNED DOT |

TABE Test Date: 06/09/08 (Rdg. 1.9; Math 2.5; Lang. 0.0)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☒ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☒ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 06/30/08 | C | R. LAMBERT *R. Lambert* | INITIALS CL |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE,Eugene | D-64290 | CMF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

## DUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: **JANITORIAL** | 11 | 04 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has been identified as DDP. Appropriate accommodations are being provided. Student's progress in class has improved. this quarter student has completed Cleaning Chemicals and Floors and Floor Care Equipment.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION. |
|---|---|---|---|
| 06/08/04 PRV-1.009 | | | |

EXPECTED SCHOOL WIDE LEARNING RESULTS (ESLRs) TRACKING SYSTEM: 1-PRE EMERGING, 2-DEVELOPING, 3-COMPETENT, 4-EXCEPTIONAL (N-NO, Y-YES)

| | | | | |
|---|---|---|---|---|
| 1 | ACUIRE LISTENING, ORAL, READING, & WRITING SKILLS TO FUNCTION EFFECTIVELY | 3 | DEVELOPS & PRACTICES HABITS OF GOOD HEALTH & SAFETY | |
| 1 | USES A VARIETY OF RESOURCES, INCLUDING TECHNOLOGY, TO GATHER & EVALUATE INFOMATION | 1 | WORKS TOWARDS PERSONAL GOALS | |
| 2 | ANALYZES NEW INFORMATION | 2 | ACQUIRED & DEMONSTRATES RESPONSIBLE, DEPENDABLE, & ACCOUNTABLE BEHAVIOR | |
| 1 | APPLYS MATHEMATICAL SKILLS REQUIRED IN EVERYDAY SITUATIONS IN THE WORKPLACE | 2 | DEMONSTRATES RESPECT FOR SELF, AS WELL AS THE DIVERSE POPULATION | |
| 2 | WORKS EFFECTIVELY WITH OTHERS | 2 | DEVELOPED AND DEMONSTRATES BASIC JOB-SEEKING SKILLS | |
| 1 | APPLYS PROFESSIONAL & TECHNICAL SKILLS TO LIFE SITUATIONS | N | ATTENDANCE NEEDS IMPROVEMENT | |
| | | Y | SIGNED DOT | |

TABE Test Date: 3/28/07 (Rdg. 1.9; Math 2.2; Lang. 2.2)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☐ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☐ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 09/28/07 | C | R. LAMBERT | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE, Eugene | D-64290 | CMF |

**DISTRIBUTION:** White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

B25

# EDUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: **JANITORIAL** | 11 | 04 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has been identified as DDP. Appropriate accommodations are being provided. Work crew observations by instructor and staff input: Student works well independedntly and with others, and practices good health and safety. Classroom observation by instructor: Student participates in group discussions. Student has good listening and oral skills.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/08/04 PRV-1.009 | | | |

COMMENTS SPECIFIC TO COURSE: Y=YES; N=NO; L=LATE ENTRY, EVALUATION NOT POSSIBLE.

Y ACQUIRE TRADE RELATED LISTENING, ORAL, READING, & WRITING SKILLS TO FUNCTION EFFECTIVELY

Y USE A VARIETY OF RESOURCES, INCLUDING TECHNOLOGY, TO GATHER & EVALUATE INFOMATION

Y ANALYZE NEW INFORMATION

Y APPLY MATHEMATICAL SKILLS REQUIRED IN EVERYDAY SITUATIONS IN THE WORKPLACE

Y WORK EFFECTIVELY WITH OTHERS

Y APPLY PROFESSIONAL & TECHNICAL SKILLS TO LIFE SITUATIONS

Y DEVELOP & PRACTICE HABITS OF GOOD HEALTH & SAFETY

Y WORK TOWARDS PERSONAL GOALS

Y ACQUIRE & DEMONSTRATE RESPONSIBLE, DEPENDANBLE, & ACCOUNTABLE BEHAVIOR

Y DEMONSTRATE RESPECT FOR SELF, AS WELL AS THE DIVERSE POPULATION

Y DEVELOP AND DEMONSTRATE BASIC JOB-SEEKING SKILLS

N ATTENDANCE NEEDS IMPROVEMENT

Y SIGNED DOT

TABE Test Date: 09/28/06 (Rdg. 2.0; Math 2.3; Lang. 2.2)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☐ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☐ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 12/31/06 | C | R. LAMBERT | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE, Eugene | D-64290 | CMF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate



# EDUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | B | Vocational Title:  JANITORIAL | 11 | 04 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has been identified as DDP. Appropriate accommondations are being provided. Work crew observations by instructor and staff input: Student works well independedntly and with others, uses a varity of resources to evaluate informaqtion, and practices good health and safety. Classroom observation by instructor: Student participates in group discussions. Student has good listening and oral skills.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/08/04 | | | |
| PRV-PRV-1.009 | | | |

COMMENTS SPECIFIC TO COURSE: Y=YES;   N=NO;   L=LATE ENTRY, EVALUATION NOT POSSIBLE.

| | | | | |
|---|---|---|---|---|
| Y | FOLLOWS INSTRUCTIONS | | Y | GETS ALONG WELL WITH FELLOW STUDENTS |
| Y | GIVES TASK AT HAND FULL ATTENTION | | N | CONDUCT/BEHAVIOR IS DISRUPTIVE |
| Y | ACCEPTS RESPONSIBILITY FOR TASK | | Y | RELATED TRAINING NEEDS IMPROVEMENT |
| Y | PARTICIPATES IN CLASS DISCUSSIONS | | Y | MANIPULATIVE TRAINING NEEDS IMPROVEMENT |
| Y | SHARES HIS KNOWLEDGE WITH OTHERS | | N | ATTENDANCE NEEDS IMPROVEMENT |
| Y | GETS ALONG WELL WITH STAFF | | Y | SIGNED DOT |

TABE Test Date: 05/10/06 (Rdg. 1.2; Math 2.2; Lang. 0.0)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☐ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☐ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 09/29/06 | C | R. LAMBERT | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE, Eugene | D-64290 | CMF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

B27

## EDUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: **JANITORIAL** | 11 | 04 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has completed Janitorial Services Contracting and Job Preparation. Student has been identified as DDP. Appropriate accommodations are being provided. Student's progress in class has improved.

| DATE INMATE ENROLLED 06/08/04 PRV-1.009 | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|

EXPECTED SCHOOL WIDE LEARNING RESULTS (ESLRs) TRACKING SYSTEM: 1-PRE EMERGING, 2-DEVELOPING, 3-COMPETENT, 4-EXCEPTIONAL (N-NO, Y-YES)

| | | | |
|---|---|---|---|
| 1 | ACUIRE LISTENING, ORAL, READING, & WRITING SKILLS TO FUNCTION EFFECTIVELY | 3 | DEVELOPS & PRACTICES HABITS OF GOOD HEALTH & SAFETY |
| 1 | USES A VARIETY OF RESOURCES, INCLUDING TECHNOLOGY, TO GATHER & EVALUATE INFOMATION | 1 | WORKS TOWARDS PERSONAL GOALS |
| 2 | ANALYZES NEW INFORMATION | 2 | ACQUIRED & DEMONSTRATES RESPONSIBLE, DEPENDABLE, & ACCOUNTABLE BEHAVIOR |
| 1 | APPLYS MATHEMATICAL SKILLS REQUIRED IN EVERYDAY SITUATIONS IN THE WORKPLACE | 2 | DEMONSTRATES RESPECT FOR SELF, AS WELL AS THE DIVERSE POPULATION |
| 2 | WORKS EFFECTIVELY WITH OTHERS | 2 | DEVELOPED AND DEMONSTRATES BASIC JOB-SEEKING SKILLS |
| 1 | APPLYS PROFESSIONAL & TECHNICAL SKILLS TO LIFE SITUATIONS | N | ATTENDANCE NEEDS IMPROVEMENT |
| | | Y | SIGNED IOT |

TABE Test Date: 3/28/07 (Rdg. 1.9; Math 2.2; Lang. 2.2)

### VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☐ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☐ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 01/09/08 | D+ | R. LAMBERT *R. Lambert* | INITIALS |

| INMATE NAME (LAST, FIRST, MI) KINCAIDE, Eugene | CDC NUMBER D-64290 | INSTITUTION CMF |
|---|---|---|

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

B28

STATE OF CALIFORNIA
CDC 128-E (REV. 10/98)
DEPARTMENT OF CORRECTIONS

## JCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S | Vocational Title: JANITORIAL | 11 | 06 |
| Conduct | S | Academic Title: | | |
| Cooperation | S | Adult High School Title: | | |
| Dependability | S | General Education Development | | |
| Initiative | S | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME: Student has been identified as a DDP inmate. Accommodations include oral rather than written exams, modified production expections, and expanded time frames for completion of assigned projects. Work crew observations by instructor and staff input: Student works well independedntly and with other and practices good health and safety. Classroom observation by instructor: Student participates in group Student has demonstrated a good effort to achieve progress. Student has completed Job Preparation, and Maintaining Floors and Other Surfaces. Student will be starting on Hospital House Keeping V06.03.10.001 first week of January 2009.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/08/04 | | | |
| PRV-1.009 | | | |

EXPECTED SCHOOL WIDE LEARNING RESULTS (ESLRs) TRACKING SYSTEM: 1-PRE EMERGING, 2-DEVELOPING, 3-COMPETENT, 4-EXCEPTIONAL (N-NO, Y-YES)

| | | | | |
|---|---|---|---|---|
| 2 | ACQUIRE LISTENING, ORAL, READING, & WRITING SKILLS TO FUNCTION EFFECTIVELY | | 2 | DEVELOPS & PRACTICES HABITS OF GOOD HEALTH & SAFETY |
| 2 | USES A VARIETY OF RESOURCES, INCLUDING TECHNOLOGY, TO GATHER & EVALUATE INFOMATION | | 2 | WORKS TOWARDS PERSONAL GOALS |
| 2 | ANALYZES NEW INFORMATION | | 2 | ACQUIRED & DEMONSTRATES RESPONSIBLE, DEPENDANBLE, & ACCOUNTABLE BEHAVIOR |
| 2 | APPLYS MATHEMATICAL SKILLS REQUIRED IN EVERYDAY SITUATIONS IN THE WORKPLACE | | 2 | DEMONSTRATES RESPECT FOR SELF, AS WELL AS THE DIVERSE POPULATION |
| 2 | WORKS EFFECTIVELY WITH OTHERS | | 2 | DEVELOPED AND DEMONSTRATES BASIC JOB-SEEKING SKILLS |
| 2 | APPLYS PROFESSIONAL & TECHNICAL SKILLS TO LIFE SITUATIONS | | N | ATTENDANCE NEEDS IMPROVEMENT |
| | | | Y | SIGNED DOT |

TABE Test Date: 06/09/06 (Rdg. 1.9; Math 2.5; Lang. 0.0)

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| ☐ | HEAD JANITOR, LEAD JANITOR | 382.664.010 | ☐ | CLEANER, COMMERCIAL | 381.687.014 |
| ☐ | INSTITUTIONAL CLEANER | 381.687.014 | ☒ | CLEANER, WINDOW | 389.687.014 |
| ☐ | CLEANER, INDUSTRIAL | 381.687.018 | ☐ | CLEANER, LABORATORY | 381.687.022 |
| ☒ | CLEANER, WALL WASHER | 381.687.026 | ☐ | HARD FLOOR SPECIALIST | 381.687.034 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 01/05/09 | B | L. ANDRADE | INITIALS MH |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| KINCAIDE, Eugene | D-64290 | CMF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

E29

# TPC Training Systems

Upon the recommendation of
## Mountain Oaks Adult Educational Center

# Eugene Kincaide

is awarded this
## Certificate

for successfully completing the
prescribed course of study in
## Custodial Maintenance

Awarded this twenty-sixth day of January
Two thousand and nine

_Mountain Oaks Adult Educational Center_

_TPC Training Systems_

A division of
Telemedia, Inc.

**Certificate Number - VJC 0901**

# Certificate of Vocational Achievement

*CMF Adult School Vocational Janitorial*

*Has Conferred Upon*

# EUGENE KINCAIDE

*This Award of Distinction*

*For*

*Participation and Notable Performance*

*in*

# ORIENTATION
## V06.03.01

*In the* **JANITORIAL PROGRAM**

*With All the Rights and Privileges Pertaining Thereto*

*Presented This **8th** Day of June 2004*

_____

C. Gueffroy

Education Supervisor

_____

R. Lambert

Vocational Janitorial Instructor

Certificate Number: **VJA-04224**

# Certificate of Vocational Achievement
*CMF Adult School Vocational Janitorial*
*Has Conferred Upon*

# EUGENE KINCAIDE

*This Award of Distinction*
*For*
*Participation and Notable Performance*
*in*

# RELATED ARTHMETIC and MATHEMATICS
# V06.03.04

*In the* **JANITORIAL PROGRAM**
*With All the Rights and Privileges Pertaining Thereto*
*Presented This* **28th** *Day of* **July 2004**

_____
C. Gueffroy
Education Supervisor

_____
R. Lambert
Vocational Janitorial Instructor
Certificate Number: **VJA-04269**

# Certificate of Vocational Achievement

*CMF Adult School Vocational Janitorial*
*Has Conferred Upon*

# EUGENE KINCAIDE

*This Award of Distinction*
*For*
*Participation and Notable Performance*
*in*

# TOOLS and EQUIPMENT
## V06.03.03

*In the* **JANITORIAL PROGRAM**
*With All the Rights and Privileges Pertaining Thereto*
*Presented This 21st Day of July 2004*

C. Gueffroy
Education Supervisor

R. Lambert
Vocational Janitorial Instructor
Certificate Number: **VJA-04268**



# MOUNTAIN OAKS ADULT EDUCATIONAL CENTER

## AWARDS THIS BASIC CLEANER CERTIFICATE

TO:

# Eugene Kincaide

FOR COMPLETION OF THE FOLLOWING
VOCATIONAL JANITORIAL CURRICULUM COMPONENTS:

| | | |
|---|---|---|
| Orientation | Cleaning Chemicals | Janitorial Services Contracting |
| Safety and Health | Floors and Floor Care Equipment | Job Preparation |

Date Issued: 10/31/07

R. Lambert, Instructor

V. Kahle, Principal

ACCREDITED



# MOUNTAIN OAKS ADULT EDUCATIONAL CENTER

## AWARDS THIS BASIC CLEANER CERTIFICATE

### TO

# EUGENE KINCAIDE

FOR COMPLETION OF THE FOLLOWING

VOCATIONAL JANITORIAL CURRICULUM COMPONENTS:

Orientation      Cleaning Chemicals      Janitorial Services Contracting

Safety and Health      Floors and Floor Care Equipment      Job Preparation

Date Issued: 11/20/07

R. Lambert, Instructor

V. Kahle, Principal

ACCREDITED

B36

# MOUNTAIN OAKS ADULT EDUCATIONAL CENTER

## AWARDS THIS HARD FLOOR AND RESTROOM

## TECHNICIAN CERTIFICATE

### TO:

# EUGENE KINCAIDE

### FOR COMPLETION OF THE FOLLOWING

### VOCATIONAL JANITORIAL CURRICULUM COMPONENTS:

Maintaining Floors and Other Surfaces

Restroom Care

Date Issued: 07/07/08

ACCREDITED

R. Lambert, Instructor

V. Kahle, Principal




# MOUNTAIN OAKS ADULT EDUCATIONAL CENTER

## AWARDS THIS CARPET CARE TECHNICIAN

### CERTIFICATE

### TO:

# EUGENE KINCAIDE

FOR COMPLETION OF THE FOLLOWING

VOCATIONAL JANITORIAL CURRICULUM COMPONENTS:

Carpet and Upoholstery Care





Date Issued: 07/30/08

R. Lambert, Instructor

V. Kahle, Principal

# MOUNTAIN OAKS ADULT EDUCATIONAL CENTER

## AWARDS THIS CERTIFICATE OF

## COMPONENT COMPLETION TO

# *EUGENE KINCAIDE*

### FOR COMPLETION OF THE FOLLOWING
### VOCATIONAL JANITORIAL CURRICULUM COMPONENT

### HOSPITAL HOUSEKEEPING

Date Issued: 02/02/09



L. Andrade, Instructor



Dr. J. Jackson, Principal



Certificate Number - VJC.- 09002

# Certificate of Vocational Completion
*Mountain Oaks Adult Educational Center*
*Has Conferred Upon*

# EUGENE KINCAIDE

*This Award of Distinction*
*For*
*Participation and Notable Performance*
*and Completion of*

## VOCATIONAL JANITORIAL SERVICES
## V06.03

*With All the Rights and Privileges Pertaining Thereto*
*Presented This **4th** Day of **March 2009***

Dr. John Jackson
Principal

L. Andrade
Vocational Janitorial Instructor

Certificate Number: **0841117**



CDC 154-C

STATE OF CALIFORNIA

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

### THIS IS TO CERTIFY THAT

# Eugene Kincaide

### HAS SUCCESSFULLY COMPLETED THE
### CERTIFICATION UNITS OF
### A01.01.01 Orientation
### A01.01.02 Classroom Safety

C. Gueffroy
Supervisor of Academic Instruction

R. Weaver
Academic Instructor

LOG #: ACA-AB2A-03112/D-64290

DATE: July 29, 2003



CDC 154-A

STATE OF CALIFORNIA

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

THIS IS TO CERTIFY THAT

## EUGENE KINCAID

HAS RECEIVED CERTIFICATION IN

## LAUBACH WAY TO READING

## LEVEL ONE

_C. Gueffroy_
C. Gueffroy
Supervisor of Academic Instruction

LOG #: ESA 2418/D-64290

_J. Chacon_
J. Chacon
Teacher

DATE: 12/31/03



CDC 154-C

STATE OF CALIFORNIA

## CERTIFICATE OF CERTIFICATION
## UNIT
## THIS IS TO CERTIFY THAT

# EUGENE KINCAIDE

### HAS SUCCESSFULLY COMPLETED THE
### CERTIFICATION UNIT OF
### ORIENTATION
### A01.01.01

C. Gueffroy
Supervisor of Academic Instruction

R. ESCOBAR
Teacher

LOG#: ABIC 2345 / D-64290

DATE: 9-30-03



CDC 154-C

STATE OF CALIFORNIA

# CERTIFICATE OF CERTIFICATION
## UNIT
### THIS IS TO CERTIFY THAT

# EUGENE KINCAIDE

### HAS SUCCESSFULLY COMPLETED THE
### CERTIFICATION UNIT OF
### CLASSROOM SAFETY
### A01.01.02

C. Gueffroy
Supervisor of Academic Instruction

R. ESCOBAR
Teacher

LOG#: ABIC 2346 / D-64290

DATE: 9-30-03



CDC 154-C

STATE OF CALIFORNIA

# CERTIFICATE OF CERTIFICATION
## UNIT
## THIS IS TO CERTIFY THAT

# EUGENE KINCAIDE

## HAS SUCCESSFULLY COMPLETED THE
## CERTIFICATION UNIT OF
## THE ALPHABET
## A02.01.03

C. Gueffroy
Supervisor of Academic Instruction

R. ESCOBAR
Teacher

LOG#: ABIC 2347 / D-64290

DATE: 9-30-03

CDC 154-A

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

### THIS IS TO CERTIFY THAT

## EUGENE KINCAID

### HAS RECEIVED CERTIFICATION IN

## SITE-WORD RECOGNITION
## A02.01.05

C. Gueffroy
Supervisor of Academic Instruction

LOG #: ESA 2519/D-64290

J. Chacon
Teacher

DATE: 03/31/04

# Certificate of Completion

THIS IS TO CERTIFY THAT

## EUGENE KINCAIDE

HAS SUCCESSFULLY COMPLETED

## CRITICAL THINKING

*Reading, Thinking, & Reasoning Skills*

In the **DDP**

Presented this 21st Day of JULY 2006

_____
Ms. T. MERELES
DDP Teacher

_____
Ms. C. GUEFFROY
Vice-Principal

CDC 154-A

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

### THIS IS TO CERTIFY THAT

## EUGENE KINCAID

### HAS RECEIVED CERTIFICATION IN

## SITE-WORD RECOGNITION
## A02.01.05

_C. Gueffroy_
Supervisor of Academic Instruction

LOG #: ESA 2519/D-64290

_J. Chacon_
Teacher

DATE: 03/31/04

CDC 154-A

STATE OF CALIFORNIA

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

THIS IS TO CERTIFY THAT

## EUGENE KINCAID

HAS RECEIVED CERTIFICATION IN

## STANDARD MEASUREMENTS SYSTEM
## A01.01.05

C. Gueffroy
Supervisor of Academic Instruction

LOG #: ESA 2518/D-64290

J. Chacon
Teacher

DATE: 03/31/04

CDC 154-A

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

### THIS IS TO CERTIFY THAT

## EUGENE KINCAID

### HAS RECEIVED CERTIFICATION IN

## WORD ATTACK
## A02.01.08

_C. Gueffroy_
Supervisor of Academic Instruction

LOG #: ESA 2520/D-64290

_J. Chacon_
Teacher

DATE: 03/31/04

CDC 154-A

STATE OF CALIFORNIA

# Academic Education

## CERTIFICATE OF ACHIEVEMENT

THIS IS TO CERTIFY THAT

## EUGENE KINCAID

HAS RECEIVED CERTIFICATION IN

## TARGET SPELLING
## BOOK 180

_____
C. Gueffroy
Supervisor of Academic Instruction

LOG #: ESA 2478/D-64290

_____
J. Chacon
Teacher

DATE: 03/31/04

# California Medical Facility
### Vacaville, California

This is to certify that

# **Eugene Kincaide**

Has successfully completed Impulse Control Group

*A. Vasquez, M.S.W.*
Facilitator

*October 21, 2004*

# California Medical Facility

*Vacaville, CA.*

*This is to certify that*

## Eugene Kincaide D64290

Has successfully participated in Anger Management Group II

*M.Chau, Psy.D*
*Facilitator*

*July 18, 2006*

# California Medical Facility

*Vacaville, CA.*

*This is to certify that*

## Eugene Kincaide D64290

Has successfully completed Coping Skills Group

M. Chau, Psy.D

*Facilitator*

*October 24, 2006*

# California Medical Facility

*Vacaville, CA.*

This is to certify that

## Eugene Kincaide D64290

Has successfully completed Coping Skills Group

*S. McCarver, Psy.D*                    *March 27, 2006*

A. Gross, M.A., Psych Intern

# California Medical Facility
Vacaville, CA.

This is to certify that

## Eugene Kincaide D64290

Has successfully participated in Anger Management Group

L. Feren, Ph.D

April 7, 2006

Facilitator

# California Medical Facility

*Vacaville, CA.*

This is to certify that

## Eugene Kincaide D64290

Has successfully completed Anger Management Group

L. Feren, Ph.D

Facilitator

January27, 2005



# California Medical Facility
### Vacaville, CA.

## This is to certify that

# *Eugene Kincaide D64290*

Has successfully completed Independent Living/Anger Management Group

M. Chau, Psy.D
Facilitator

February 14, 2006

# California Medical Facility
### Vacaville, CA.

*This is to certify that*

## Eugene Kincaide D64290
Has successfully participated in Lifer's Group

*M.Chau, Psy.D*

*Facilitator*

*July 17, 2006*

# California Medical Facility

*Vacaville, CA.*

This is to certify that

## Eugene Kincaide D64290

Has successfully completed Lifer's Group II

*M. Chau Psy.D*
Facilitator

*October 23, 2006*

# California Medical Facility

### Vacaville, CA.

*This is to certify that*

## Eugene Kincaide D64290

Has successfully completed Lifers Group 1

M. Chau, Psy. D                    August 6, 2007

*Facilitator*

# California Medical Facility
## Vacaville, CA.

*This is to certify that*

## Eugene Kincaide D64290

Has successfully completed Lifer's Group 2

M. Chau, Psy. D

December 10, 2007

*Facilitator*

# CERTIFICATE OF COMPLETION

Awarded to

## EUGENE KINCAIDE

*FOR THE SUCCESSFUL COMPLETION OF*
*A 12 WEEK COURSE IN HIV/HEALTH EDUCATION*

Wednesday, August 6, 2008



I. CHATMAN, RN.
Supervisor of Peer Edcuation

BOB FENENBOCK
Peer Educator

# California Medical Facility

*Vacaville, CA.*

*This is to certify that*

# Eugene Kinkaide, D64290

Has successfully completed **Coping and Anger Management Group**

*J. Neakrase, Psy.D.*

*December 19, 2008*

*Facilitator*



# GOLD FEZ SOCIETY

*In grateful recognition*

*Of your generous support
and investment in humanity*

Shriners Hospitals for Children

B64



# Universal Life Church

HEADQUARTERS 601 3RD ST. MODESTO, CALIF. 95351 • 120

*This is to certify that the bearer hereof*

Eugene Kincaide

*has been ordained this day* February 23, 2006

*and has all rights and privileges to perform all duties of the* Ministry.

## CREDENTIALS OF MINISTRY

Kirby J. Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D. ,President

Hello Eugene,

My name is Cathy Horst. I am an employment Specialist with the State Employment Office, which is where your letter arrived.

I wasn't clear if you are due for Parole or just exactly what your situation is. I assume you are looking for maybe training, or the opportunity to link up with a good employment opportunity. I am also not sure where you would be paroled, but I am thinking maybe Solano County since that is where you sent your letter.

We are in what they call a One Stop Center. With us are 20 other partners like Vocational Rehabilitation, Workforce Investment Board, and a host of others. The Workforce Investment Board is the federal job training entity. Previous years known as, the PIC, or CETA. They are the ones that can assist with training money so that folks can obtain new skills that match the labor market. For instance some of our ex-felons have gone through Barbering school, Truck Driving, welding etc. They do work with those who have felonies.

Sounds like you have managed to stay busy and gain new skills and life skills, as well as growing into being a responsible adult. It is important that you take advantage of every opportunity in prison, that is offered to you, such a training, job search skills etc. As those things will help when you return to the community.

I will include a couple things. If you feel you would like more information or if you have questions about anything I send, feel free to drop me a line. Also if you have a parole date, let me know so I can gather some resource information for whatever area you will be paroling too.

Sincerely,

Cathy

Cathy Horst
EPR1



# DEPARTMENT OF PUBLIC SOCIAL SERVICES



### BUREAU OF WORKFORCE SERVICES
April 10, 2009

RANCHO PARK DIST. #60
11110 W. Pico Blvd.
Los Angeles, CA 90064

Eugene Kincaide
California Medical Facility
P.O. BOX 2000
Vacaville, CA 95696

Dear Mr. Kincaide:

Thank you for your interest in one of the Department's Programs. Based on the information you provided in your letter dated February 1, 2009, you potentially may qualify for the General Relief and Food Stamps Programs.

General Relief (GR) is a county-funded program that provides temporary cash aid to indigent adults and offers a variety of services to adults. Applicant's who are not able to work are offered advocacy services to assist with applications for Supplemental Social Security Income (SSI) or Social Security Benefits (SSA). Applicants who are able to work are offered services through the General Relief Opportunities to Work (GROW) program. GROW provides employment and training services to help employable participants obtain jobs and secure self-sufficiency. Participants are assigned to a GROW case manager (GCM) who will work with them to achieve their employment goals.

Food Stamps are a Federal program which was established to improve the nutrition of people in low-income household. It does that by increasing their food-buying power, so they are able to purchase the amount of food their household needs. Both GR and Food Stamps benefits are accessed using the Golden State Advantage Card, an electronic benefit system. Once you are released, you may apply for these benefits at any Los Angeles County Welfare Office. Also, you may access information regarding the programs and district office locations on the Los Angeles County Department of Public Social Services Website: http:dpss//.lacounty.gov.

If you need more information, you may contact me at (310) 481-5300 or Cheryl Broyard, Deputy District Director at (310) 481-5310.

Sincerely,

*Frances Alfaro*

Frances Alfaro, District Director
Rancho Park Dist. #60

FA:CB:cb

C: Cheryl Broyard, Deputy District Director



# County of Los Angeles
# DEPARTMENT OF PUBLIC SOCIAL SERVICES

12860 CROSSROADS PARKWAY SOUTH · CITY OF INDUSTRY, CALIFORNIA 91746
Tel (562) 908-8400 · Fax (562) 908-0459



PHILIP L. BROWNING
Director

SHERYL L. SPILLER
Chief Deputy

**Board of Supervisors**
GLORIA MOLINA
First District
MARK RIDLEY-THOMAS
Second District
ZEV YAROSLAVSKY
Third District
DON KNABE
Fourth District
MICHAEL D. ANTONOVICH
Fifth District

January 30, 2009

Dear Mr. Kincaide,

This is in response to your letter in which you indicate that you are seeking assistance/information concerning our program. After reading your letter carefully, I am still unsure as to what you really want. We know that once you are released, you would probably qualify for General Relief (GR) and Food Stamp benefits, however, it appears from your letter that you are actually requesting more... It seems like you want to "get in to programs that want to change people's lives and keep them from returning to prison or jail". Currently, Los Angeles County does have a project that is between two Departments, The Department of Public Social Services (DPSS) and The Sheriff Department. It is called the DPSS/ Sheriff Homeless Release Project. This project is designated to help inmates apply for GR benefits, however, in order to qualify for this project the inmate needs to be screened and referred by the Sheriff's Department. The District that is handling this project for DPSS is our Civic Center District that is located at 813 E. Fourth Pl., Los Angeles, CA 90013. The contact number is (213) 974 – 9192.

Additionally, we have other programs to help you find a job or for going to school or a vocational institution.

If you have any questions, please do not hesitate to call.

Best regards,

David Q. Tran, Deputy District Director
Wilshire Special District # 10
(213) 738 - 4315

*"To Enrich Lives Through Effective And Caring Service"*

B69



# WALDEN HOUSE inc

## SASCA REGION III

### SUBSTANCE ABUSE SERVICES COORDINATION AGENCY

January 29, 2009,

Eugene Kincaide  D64090
PO Box 2000
Vacaville, California  95696-2000

Dear Mr. Kincaide,

Walden House would like to thank you for having an interest in Continuing Care. Research has proven those who go directly to aftercare immediately upon parole have a better chance at successfully reintegrating back into the community.

If you are currently participating in an "In-custody Substance Abuse Program" (SAP) you may speak with a SASCA Representative during the monthly scheduled visit to your SAP. The Transitional Coordinator in your SAP can let you know when these visits are scheduled. You may also meet with the Transitional Staff on your yard or unit to answer any questions in regards to aftercare.

If you are interested in Continuing Care but are not participating in a SAP, you may **contact us when you are released from custody** at the numbers listed below. You can also have your Parole Agent contact SASCA for you. We will do everything possible to assist you with your needs.

Once again thank you for writing Walden House SASCA expressing interest in aftercare. This could be the first step towards the rest of your life! For placement assistance dial (213) 741-3701 or (800) 380-0024. www.waldenhouse.org

Thank you,

Walden House SASCA Region III

$E\,70$

## WALDEN HOUSE inc

149 West 22nd Street
Los Angeles, CA 90007

STAFF #11
CMF MAILROOM

D64290

CMF

UNITED STATES POSTAGE
PITNEY BOWES
$000.42
02 1P
0003350346  JAN 29 2009
MAILED FROM ZIP CODE 90007

I2I3L

FEB 1 1 2009

Eugene Kincaide  D64090
PO Box 2000
Vacaville, California  95696-2000

STAFF #7
CMF MAILROOM FEB 2 4 2009

95496+2000



a non-profit organization **Changing Lives Through Jobs**

August 20, 2009

Eugene Kincaide
D-64290
C.M.F.- I-2-2-13-L
P.O. Box 2000
Vacavilla, CA 95696-2000

Dear Mr. Kincaide,

Thank you for your interest in Chryslis. We are a non-profit organization dedicated to helping economically disadvantaged and homeless individuals become self-sufficient through employment opportunities. Chrysalis' four main service centers are located where the homelessness and pockets of poverty are most pervasive: we have two sites on Skid Row in Downtown Los Angeles, one in Santa Monica and another in the Pacoima area of the San Fernando Valley.

We welcome your participation in our program once you have been released, and we feel that Chrysalis would be able to address many of the issues that you have expressed interest through your letter. Enclosed, please find information on Chrysalis. You may also want to contact the agency "Friends Outside" as another resource that you may utilize. Their address is 464 E. Walnut St. Pasadena, CA 91101 and their number is (626) 795-7607 ext. 103.

Wish you the best and look forward to assisting you upon your release.

Sincerely,
Wendy Sanchez
Client Services Intern
Enclosure (1)

516 S. Main Street, Los Angeles, CA 90013
Ph: 213-895-7777 • Fx: 213-895-0073

522 S. Main Street, Los Angeles, CA 90013
Ph: 213-895-7525 • Fx: 213-236-4498

1853 Lincoln Blvd., Santa Monica, CA 90404
Ph 310-392-4117 • Fx. 310-314-2087

14015 Van Nuys Blvd., Suite E Pacoima, CA 91331
Ph: 818-834-4357 • Fx 818-899-0691

■ www.ChangeLives.org ■



# CHRYSALIS

a nonprofit organization Changing Lives Through Jobs

## ¿QUIERES TRABAJAR?
### ¡Chrysalis le puede ayudar!

## WANT TO WORK?
### Chrysalis can help!

Chrysalis es una organización privada sin fines lucrativos que se dedica a ayudar a personas a encontrar independencia y autosuficiencia a través de empleo.

Chrysalis is a nonprofit organization dedicated to helping economically disadvantaged and homeless individuals become self-sufficient through employment opportunities.

**¡Todos los servicios SON GRATUITO!**

**All services are free!**

### www.ChangeLives.org

### Nuestros servicios incluyen:

Un Consejero de Empleo
clases de computación
Clases de cómo conseguir trabajos
Acceso al Internet
Alistamiento's de Empleo
Ayuda con su Currículum Vitae
Acceso a Fax y Teléfonos
Practicas de Entrevistas
*Asistencia con transportación, ropa para entrevistas y otros servicios sustentadores*

### Our services include:

One-on-One Case Management
Job Search & Preparation Classes
Employment Listings & Resources
Mail Center & Voice Mail
Computer Training & Internet Access
Resume Prep & Practice Interviews
Transitional Jobs
Job Retention Services
*Assistance with transportation, emergency food, interview clothing and hygiene items*

### Horas de Servicio
Lunes-Jueves: 8AM- 4PM
Viernes 8AM-12PM

### Office Hours
Monday - Thursday: 8AM- 4PM
Friday: 8AM-12PM

### Orientaciónes
**Inglés:** Lunes 8:15am
**Español :** Martes 8:15am

### Orientation
**English:** Monday 8:15am
**Spanish:** Tuesday 8:15am

## *14015 Van Nuys Boulevard*
## *Pacoima, CA 91331*
## **(818) 794-4200**



# The Bradford House
*"There's no place like home"*
15758 Lemarsh Street
North Hills, CA 91343

December 14, 2009

TO WHOM IT MAY CONCERN:
Eugene Kincaide

My name is Jim White and my date of sobriety is Feb. 12, 1980; I have over 29 years clean and sober. I have worked in sober living management for over 4 years and am the Resident Manager at the *Bradford House*. I have been here for over 2 years and I run a no-nonsense house. I work closely with courts, parole and probation officers. I also work hand-in-hand with Sister Mary Sean in supplying housing for new parolees.

The *Bradford House* is <u>not</u> a program but a sober living house for those who are serious about living in a clean and safe environment. Our contract asks for a 90-day commitment, as this is not a hotel. All guest residents must test clean before admittance. All rooms are shared and meals are the responsibility of the guest resident. Threats, intimidation, violence, drinking and using are grounds for immediate eviction. All guests are required to have a sponsor, attend 12-step meetings, participate in house chores and live by <u>ALL</u> house rules. We do enforce nightly curfew. Everyone is expected to work or keep busy; no one may lie around all day, this is not a "flop-house" and too much free time leads to trouble.

Serenity (a state of mind, of peace and calm) is a key issue in this house. It's what makes this house a home and the guest residents a family.

Please see our Mission Statement (enclosed).

Please feel free to contact me with any questions or for further assistance. My business phone number is (818) 294-6324.

In Service to Others,

*James O. White, III*
James O. White, III
Resident Manager

# RECOVERING FOR LIFE

*Sobriety/Serenity/Respect*
*"The Bradford House"* (818) 294-6324

## The Problem

Alcoholism is an illness in which there is preoccupation with alcohol and loss of control of its consumption. Most alcoholics are doomed without treatment. Drug Abuse is the same "ism".

Drugs such as Marijuana, PCP, Cocaine and heroin are very destructive. The use of Methamphetamines is now at epidemic proportions. Their abuse causes illness, brain damage, emotional problems, suicide and death. Drug abuse involving needles can spread diseases such as Aids and Hepatitis.

## Recovering For Life's Goals & Objectives

The goal at Recovering For Life is abstinence from alcohol and or drug abuse. To become productive individuals, acquire vocational skills, a sense of dignity and become responsible members of the community.

Recovering For Life was established for the purpose of increasing the likelihood that the residents deal successfully with society, demonstrate the ability to refrain from substance abuse and make adjustments to live comfortably in the "real world".

## Mission Statement

Our mission is to provide the highest possible quality housing for men who are serious about their sobriety. Our house offers a clean and safe environment for resident guests, giving them structured living, which will result in a positive change in their individual lifestyles.



# KATARGEO, Inc

March 17, 2009

State of California
Board of Parole Hearings
P.O. Box 4036
Sacramento, CA 94512-4036

RE:  EUGENE KINCAIDE,  D-64290

Dear Board Members:

This letter serves as recommendation for Eugene Kincaide, D-64290, California Medical Facility.  Mr. Kincaide is scheduled for a hearing before the Board of Parole Hearings in the near future.

I worked at San Quentin State Prison 19 years serving as a Correctional Counselor I for 13 years.  In February of 1992, I developed the Katargeo Substance Abuse Group at San Quentin.  In an 18 month period between 2004-2005 the Katargeo Group in San Quentin has served four lifers who each received release dates and paroled and during 2008 four lifers in the Katargeo received released dates.

Katargeo offers Going Home a reentry class in California Medical Facility – Vacaville for lifers and non lifers sponsored by the Long Term Commitment Group.  Mr. Kincaide has been involved in the reentry Going Home group of Katargeo.  I facilitate the group weekly and observed the positive insight of Mr. Kincaide.

Mr. Kincaide recently shared with me his resume of all he has accomplished during his stay at California Medical Facility. He has received certificates in Academic Program, such as: UCLA Extension ArtsReach class in Portrait Drawing which offers certifications in major portrait drawing components.

Mr. Kincaide completed program classes Maintaining Floors, Restroom Care, Carpet and Upholstery Care and Hospital Housekeeping graduates from the Vocational Janitorial Program on March 4, 2009 accredited by Western Association of Schools and Colleges at (CMF) Mountain Oaks Adult Educational Center.  He also completed nine groups in Impulse Control, Anger Management I & II and Lifer's Group I & II.

My personal impression of Mr. Kincaide is that of a person of sound character.  Mr. Kincaide appears to harbor an attitude of service to others as emphasized by the Katargeo Group.  During Katargeo Group sessions Mr. Kincaide is noted for directing his peers to look within and share inner feelings.

I recommend to the Board that Eugene Kincaide be granted a release date, not only for himself but for the people to whom he will bring his passion and encouragement.

Sincerely,

Louis Wright, MSW
Founder and Executive Director

Administrative Office: 6063 Vanden Road, Vacaville. CA 95687
(707) 365-3832

S E R V I C E

| | |
|---|---|
| **Case Name:** | KINCIADE V. DICKINSON |
| **Case Number:** | #CIV-S-10-2068-DAD |
| **Court:** | U.S. District Court |

# PROOF OF SERVICE BY MAIL

I, ____EUGENE KINCAIDE____ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on ____9/1/2010____ I served the attached: a true copy of the attached:

APPENDIX OF EXHIBITS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

Clerk of the Court
U.S. District Court
501 I Street
Sacramento, CA 95814

Office of Attorney General
1300 I Street
Sacramento, CA 94244

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on ____9/1/2010____ at the California Medical Facility, Vacaville, California.

EUGENE KINCAIDE
**Declarant**

_Eugene Kincaide_
**Declarant's Signature**